CITY OF SIOUX FALLS, Appellant, v. GRAFF, et al, Respondents (BREKKE, et al, Interveners)

(28 N. W.2d 84)

(File No. 8884. Opinion filed May 21, 1947.)

**Roy D. Burns,** of Sioux Falls, for plaintiff and Appellant.

**John R. McDowell,** State's Atty. and **Ernest Raley,** Asst. State's Atty., both of Sioux Falls, for defendants and Respondents.

**Stordahl & May** and **Roy E. Willy,** all of Sioux Falls, for intervening defendants and Respondents.

PER CURIAM.

This appeal is ruled by the decision today filed in Great Northern Railway Co. v. Graff et al., 71 S. D. 595, 28 N. W.2d 77. The judgment of the trial court is affirmed.

WOHLHETER, Circuit Judge, sitting for POLLEY, J.

ROBERTS, RUDOLPH, and SMITH, JJ., and WOHLHETER, Circuit Judge, concur.

SICKEL, P.J., dissents.